1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11 CLIFTON KELLY BELL,                        )
                                             )
12            Plaintiff,                      )        CASE NO. C07-1790-RSM
                                             )
13     v.                                    )
                                             )        ORDER GRANTING MOTION TO
14 KING COUNTY, *et al.*,                    )        DISMISS DEFENDANTS THOMPSON
                                             )        AND KING COUNTY
15            Defendants.                     )
   ──────────────────────────────────────────)
16

17        The Court, having reviewed the amended civil rights complaint, the motion to dismiss

18 defendants Thompson and King County, the Report and Recommendation of the Honorable James P.

19 Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

20        (1)    The Court adopts the Report and Recommendation.

21        (2)    Defendants' motion to dismiss (Dkt. No. 17) is GRANTED.

22        (3)    Plaintiff's amended complaint and this action are DISMISSED with prejudice as to

23               defendants Linda Thompson and King County.

24

25 ORDER GRANTING MOTION TO
   DISMISS DEFENDANTS THOMPSON
26 AND KING COUNTY - 1

1       (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2       defendants, and to the Honorable James P. Donohue.

3      DATED this 2 day of June, 2008.

 

 

 

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
DISMISS DEFENDANTS THOMPSON
AND KING COUNTY - 2