UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFTON KELLY BELL,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

CASE NO. C07-1790-RSM

ORDER GRANTING MOTION TO DISMISS DEFENDANTS ROBERSON AND NORTON

The Court, having reviewed the amended civil rights complaint, the motion to dismiss of defendants Roberson and Norton, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion to dismiss (Dkt. No. 27) is GRANTED.

(3)    Plaintiff's amended complaint and this action are DISMISSED with prejudice as to defendants E. Roberson and D. Norton.

ORDER GRANTING MOTION TO
DISMISS DEFENDANTS ROBERSON
AND NORTON - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 31st day of October, 2008.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS DEFENDANTS ROBERSON AND NORTON - 2